MARY BERGEN, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. VIRGINIA KOPPENAL, DEFENDANT-RESPONDENT, v. WALL TOWNSHIP, DEFENDANT-PETITIONER.

See same case below: 97 *N. J. Super.* 265.

*Messrs. Carton, Nary, Witt & Arvanitis* for the petitioner.

*Mr. Milton Yormark* and *Mr. Leslie S. Kohn* for the respondents.

January 16, 1968.  Granted.

JOSEPH L. GIOVANNOLI, PLAINTIFF-PETITIONER, v. SUPERIOR MOTORS, INC., *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Mr. Walter R. Gottschalk* for the petitioner.

*Mr. George Rothstein* for the respondents.

January 16, 1968.  Denied.

LONGRIDGE BUILDERS, INC., PLAINTIFF-RESPONDENT, v. PLANNING BOARD OF THE TOWNSHIP OF PRINCETON, *ETC.*, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 98 *N. J. Super.* 67.

*Mr. Gordon D. Griffin* and *Mr. Henry A. Hill, Jr.* for the petitioners.

*Messrs. McCarthy, Bacsik, Hicks & Dix* for the respondent.

January 16, 1968.  Granted.